UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 8, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JAMES LEWIS DOUTHAT, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 912 |
| | : | (False Personation of an Officer or |
| | : | Employee of the United States) |
| | : | 18 U.S.C. § 701 |
| | : | (Counterfeit Use of Emblems, Insignias, |
| | : | and Names of Federal Agencies) |
| | : | 22 D.C. Code § 4504(a) |
| | : | (Carrying a Pistol Without a License – |
| | : | Outside Home or Place of Business) |
| | : | 22 D.C. Code § 4504(a-1) |
| | : | (Carrying a Rifle or Shotgun - |
| | : | Outside Home or Place of Business) |
| | : | |
| | : | **FILED UNDER SEAL** |

**INDICTMENT**

The Grand Jury charges that, at all times material to this Indictment, on or about the dates stated below:

**Relevant Entities and Persons**

1.   Defendant JAMES LEWIS DOUTHAT resided and worked in Silver Spring, Maryland.  Defendant DOUTHAT did not have a license to carry a pistol in the District of Columbia.  Defendant DOUTHAT has not ever been employed by the U.S. Department of Homeland Security ("DHS") in any capacity.

2. Co-Conspirator 1 resided in Arlington, Virginia. Co-Conspirator 1 has not ever been employed by the Department of Homeland Security or served in the military in any capacity. Co-Conspirator 1 has not ever received security clearances necessary to work on DHS projects and has not ever been hired as a Federal Bureau of Investigation ("FBI") contractor.

3. The Maritime Registry of Sint Maarten, LLC, ("MRoSM"), was registered in the District of Columbia on December 2, 2011. Co-Conspirator 1 was an agent of MRoSM at an address located in the District of Columbia. MRoSM's Business Development Plan claimed that MRoSM was a company providing "authorized maritime services and support services under the mandate extended by or behalf of the Government of Sint Maarten on Sint Maarten."

4. Port St. Joe Terminals LLC ("PSJT") was registered in Virginia on October 2, 2015, and in Florida on August 1, 2016. The listed authorized persons/title managers for PSJT were Co-Conspirator 1 and Defendant DOUTHAT. Co-Conspirator 1 and Defendant DOUTHAT claimed that PSJT was a project for a "Multi-million dollar transloading station" operating off the coast of Florida.

5. Investor 1 was a person solicited by Defendant DOUTHAT and Co-Conspirator 1 for business investments in MRoSM and PSJT between 2012 and 2016. On December 13, 2012, Investor 1 wrote MRoSM a $25,000 check, based on Co-Conspirator 1's claim that he would receive a 100 percent return on investment plus substantial profits within three years. Approximately three years after writing the check, having received no return, Investor 1 contacted Co-Conspirator 1 to inquire about his investment. After that inquiry, beginning in August 2016, Defendant DOUTHAT and Co-Conspirator 1 solicited Investor 1 for a $95,000 investment in PSJT, which they claimed would protect Investor 1's original $25,000 investment in MRoSM.

6. UCE-1 and UCE-2 are Undercover Employees of the FBI. Suspecting a potential fraud, Investor 1 agreed to introduce UCE-1 and UCE-2 as potential PSJT investors to Defendant DOUTHAT and Co-Conspirator 1.

### The December 21, 2016, Solicitation of the UCEs

7. On December 21, 2016, the UCEs recorded a meeting at a Washington, D.C. hotel, during which Co-Conspirator 1 and Defendant DOUTHAT solicited the UCEs for a $150,000 investment in PSJT.

8. During this meeting, Co-Conspirator 1 did most of the talking on behalf of himself and Defendant DOUTHAT, making numerous misrepresentations related to his prior government employment, what functions PSJT was authorized to carry out, as well as statements indicating he was in possession of numerous firearms, including:

    a. Co-Conspirator 1 claimed to the UCEs, "*The reason why we've spent so much time there at this hotel is when I was with DHS we were hanging out here and then when we were both in the Naval Reserve we were hanging out here with* (unintelligible) *and the Coast guard.*" UCE-1 asked, "*So, you were in the military?*" and Co-Conspirator 1 replied, falsely, "*Well, we were in the Naval Reserves.*"

    b. Co-Conspirator 1 boasted to the UCEs, "*I've snaked fifty four million dollars out of DHS funding. I mean, I'm, I'm good at writing grants and crap, and then I did a bunch of FBI grants I can't talk about, but anyway...*"

    c. Co-Conspirator 1 told the UCEs that he and Defendant DOUTHAT had spent $360,000 of their own funds establishing PSJT and obtaining approval and permits from the United States Coast Guard to operate the business.

9. During this meeting, Co-Conspirator 1 and Defendant DOUTHAT claimed to have been issued badges by DHS.

   a. Co-Conspirator 1 showed the UCEs wallets that appeared to be credential carriers for DHS badges. UCE-1 asked Co-Conspirator 1, "*Is that a badge?*" and Co-Conspirator 1 said, "*Yeah, yeah.*" UCE-1 said, "*It's a badge? Wow, that's interesting.*" and Co-Conspirator 1 replied, "*Yup. We'll get ya badge and guns and everything.*" Defendant DOUTHAT then said, "*Department of Homeland Security,*" indicating to the UCEs that he and Co-Conspirator 1 had been issued badges from the Department of Homeland Security.

   b. Near the end of the meeting, Co-Conspirator 1 and Defendant DOUTHAT asked for the UCEs' room key. Co-Conspirator 1 told the UCEs he wanted them to take a break so they could talk about their investment and he wanted the key so he and Defendant DOUTHAT could get back into the hotel lounge area. The UCEs declined and Defendant DOUTHAT said to UCE-2, "*the badge, how hard you think it'll be to get that* [room] *number….how hard would it be to get that number?*"

10. During this meeting, Co-Conspirator 1 and Defendant DOUTHAT also discussed owning various firearms.

   a. Co-Conspirator 1 said, "*I have some very interesting guns…Well, like I got a Glock 26, it's a little small gun, except that it's got a little extender on it.*" Co-Conspirator 1 then showed the UCEs photos of various guns from his cell phone and UCE-2 said, "*Wow, that's quite an arsenal.*" Co-Conspirator 1 replied, "*That's about a third of my collection. I have fifty-one guns in my collection,*" including a black tactical shotgun Co-Conspirator 1 claimed to own.

   b. Defendant DOUTHAT told the UCEs, "*I carry, I've got one, I carry the same James Bond carried.*"

c. At the end of the meeting, Defendant DOUTHAT retrieved from his car a windbreaker concealing a black Walther PPK handgun, which he then displayed to the UCEs.

11. The UCEs declined to invest in PSJT.

### The December 25, 2016 Traffic Stop

12. On December 25, 2016, at approximately 11:15 P.M., U.S. Capitol Police ("USCP") stopped Defendant DOUTHAT for speeding in the 200 block of D Street, S.E., Washington. D.C.

13. Defendant DOUTHAT immediately exited his vehicle and attempted to talk with the USCP officer. The officer noticed a "Thin Blue Line" sticker on Defendant DOUTHAT's bumper and asked if Defendant DOUTHAT was a law enforcement officer. Defendant DOUTHAT replied, "*Yes*," and when the officer asked which agency, Defendant DOUTHAT responded, "*I work for DHS.*" On request, Defendant DOUTHAT provided the officer with a fraudulent DHS badge and credential case.

14. The USCP officer asked Defendant DOUTHAT if he was armed and Defendant DOUTHAT responded, "*No.*" The officer then observed a handgun in a brown holster on the car floorboard. A search of the vehicle recovered a loaded black Walther PPK 9mm handgun (the same make and model Defendant DOUTHAT displayed to the UCEs), as well as a High Point 9mm rifle, plus various types of ammunition.

### COUNT ONE
### (False Personation of an Officer or Employee of the United States)

15. The allegations set forth in paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference.

16. On or about December 21, 2016, within the District of Columbia, Defendant JAMES DOUTHAT did knowingly and unlawfully, falsely assume and pretend to be an officer and

employee acting under the authority of the United States and did act as such, to wit: Defendant DOUTHAT did hold himself out to be an employee of the U.S. Department of Homeland Security.

**(False Personation of an Officer or Employee of the United States,
in violation of Title 18, United States Code, Section 912)**

## COUNT TWO
**(Counterfeit Use of Emblems, Insignias, and Names of Federal Agencies)**

17. The allegations set forth in paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference.

18. On or about December 21, 2016, within the District of Columbia, Defendant JAMES DOUTHAT did knowingly and unlawfully possess a colorable imitation of a badge of the design prescribed by the head of an agency of the United States, to wit: the U.S. Department of Homeland Security, for use by officers of that agency, without authority under regulations made pursuant to law.

**(Counterfeit Use of Emblems, Insignias, and Names of Federal Agencies,
in violation of Title 18, United States Code, Section 701)**

## COUNT THREE
**(Carrying a Pistol Without a License – Outside Home or Place of Business)**

19. The allegations set forth in paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference.

20. On or about December 21, 2016, within the District of Columbia, Defendant JAMES DOUTHAT did carry openly and concealed on or about his person, in a place other than his dwelling, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

**(Carrying a Pistol Without a License – Outside Home or Place of Business, in violation of 22 D.C. Code § 4504(a))**

## COUNT FOUR
**(False Personation of an Officer or Employee of the United States)**

21. The allegations set forth in paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference.

22. On or about December 25, 2016, within the District of Columbia, Defendant JAMES DOUTHAT did knowingly and unlawfully, falsely assume and pretend to be an officer and employee acting under the authority of the United States and did act as such, to wit: Defendant DOUTHAT did hold himself out to be an employee of the U.S. Department of Homeland Security.

**(False Personation of an Officer or Employee of the United States, in violation of Title 18, United States Code, Section 912)**

## COUNT FIVE
**(Counterfeit Use of Emblems, Insignias, and Names of Federal Agencies)**

23. The allegations set forth in paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference.

24. On or about December 25, 2016, within the District of Columbia, Defendant JAMES DOUTHAT did knowingly and unlawfully possess a colorable imitation of a badge of the design prescribed by the head of an agency of the United States, to wit: the U.S. Department of Homeland Security, for use by officers of that agency, without authority under regulations made pursuant to law.

**(Counterfeit Use of Emblems, Insignias, and Names of Federal Agencies, in violation of Title 18, United States Code, Section 701)**

## COUNT SIX
**(Carrying a Pistol Without a License – Outside Home or Place of Business)**

25. The allegations set forth in paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference.

26. On or about December 25, 2016, within the District of Columbia, Defendant JAMES DOUTHAT did carry openly and concealed on or about his person, in a place other than his dwelling, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

**(Carrying a Pistol Without a License – Outside Home or Place of Business, in violation of 22 D.C. Code § 4504(a))**

## COUNT SEVEN
**(Carrying a Rifle or Shotgun – Outside Home or Place of Business)**

27. The allegations set forth in paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference.

28. On or about December 25, 2016, within the District of Columbia, Defendant JAMES DOUTHAT did carry openly and concealed on or about his person, in a place other than his dwelling, place of business or on other land possessed by him, a rifle.

**(Carrying a Rifle or Shotgun – Outside Home or Place of Business, in violation of 22 D.C. Code § 4504(a-1))**

A TRUE BILL:

FOREPERSON

*Jessie K. Liu*/mz
ATTORNEY OF THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA