IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 19-00428 (KBJ) |
| ) | |
| v. ) | |
| ) | |
| JAMES LEWIS DOUTHAT, ) | |
| ) | |
| Defendant. ) | |
| ) | **UNDER SEAL** |

### MOTION TO UNSEAL CASE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the file in the above-captioned matter. As grounds for this motion the Government cites the following points and authorities.

1. On December 20, 2019, a Grand Jury returned a sealed Indictment charging the defendant with False Personation of an Officer or Employee of the United States, in violation of 18 U.S.C. § 912, Possession of an Imitation Official Badge, Identification Card, or Other Insignia, in violation of 18 U.S.C. § 701, Carrying a Pistol Without a License (Outside Home or Place of Business), in violation of 22 D.C. Code § 4504(a), and Carrying a Rifle or Shotgun (Outside Home or Place of Business), in violation of 22 D.C. Code § 4504(a-1). The Court also granted the government's motion to seal the Indictment and bench warrant, as well as other pleadings, records, and files in this case, including the motion to seal, and to delay entry on the public docket of its motion to seal and all related matters.

2. On February 27, 2020, the defendant was arrested. The government is aware of no facts or circumstances that would justify continuing the seal upon this matter. Accordingly, the government respectfully requests that the Court unseal this case and place the case on the public docket.

WHEREFORE, the government respectfully requests that its motion be granted.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar No. 437437

By: _____
DAVID B. KENT
D.C. Bar No. 482850
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7762
david.kent@usdoj.gov